# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHARINA SNYDER, et al., | ) | CASE NO. 5:20-cv-178 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| OHIO ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On September 23, 2021, Magistrate Judge Carmen Henderson conducted a mediation conference and reported that the parties reached a settlement. (*See* Minutes of proceedings [non-document] dated September 23, 2021.) All releases, agreements, actions, or entries necessary to complete and comply with the settlement shall be executed by the parties.

A final agreed dismissal entry, approved by counsel for all parties, shall be filed on or before November 2, 2021. This case is closed.

**IT IS SO ORDERED**.

Dated: September 24, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**