IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| **KATHARINA A. SNYDER**, *et al.*, | ) |
| | ) Case No. 5:20-CV-00178-SL |
| Plaintiffs, | ) |
| *v.* | ) Hon. Sara Lioi |
| | ) United States District Judge |
| **OHIO ENVIRONMENTAL** | ) |
| **PROTECTION AGENCY**, | ) Hon. Carmen Henderson |
| | ) United States Magistrate Judge |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Katharina Snyder and Clarissa Gereby and Defendant Ohio Environmental Protection Agency (collectively, the "Parties") and the Parties' respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties' fully executed Settlement Agreement has been filed under seal herewith.

Each Party to bear her or its own attorney's fees and costs, except as otherwise provided in the Settlement Agreement. Further, the Parties agree that this Court may retain limited jurisdiction for the enforcement of the Settle Agreement as contained in the terms therein.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| */s/ S. David Worhatch*<br>(By *JTE* – tel. auth. on 11/19/21) | */s/ Jared T. Erb* |
| S. DAVID WORHATCH (0031174)<br>Law Offices of S. David Worhatch<br>4920 Darrow Road<br>Stow, Ohio 44224-1406<br>330-650-6000 (Akron/Kent)<br>330-656-2300 (Cleveland)<br>330-650-2390 (Facsimile)<br>sdworhatch@worhatchlaw.com | WENDY K. CLARY (0077775)<br>*Lead Counsel*<br>JARED T. ERB (0088665)<br>Senior Assistant Attorneys General<br>Employment Law Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's ECF system.

                                                        */s/ Jared T. Erb*

                                                        JARED T. ERB (0088665)<br>                                                        Senior Assistant Attorney General